**SAO**
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
MELISSA BARISHMAN, ESQ.
Nevada Bar No. 12935
E-mail: melissa@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LAUREL CANYON HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC., a Nevada limited liability company,<br><br>Defendants. | Case No. 2:15-cv-00748-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"), by and through its attorney of record, Charles E. Gianelloni, Esq. of the law firm Snell & Wilmer, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to Wells Fargo's first amended complaint to **June 9, 2015.**

This is the parties' first request for an extension and is not intended to cause any delay or

///

///

- 1 -

prejudice to any party.

DATED this 26th day of May, 2015.   DATED this 26th day of May, 2015.

**HOWARD KIM & ASSOCIATES**       **SNELL & WILMER, LLP**

/s/ Jacqueline A. Gilbert            /s/ Charles E. Gianelloni
Diana S. Cline, Esq.                 Amy F. Sorenson, Esq.
Nevada Bar No. 10580                 Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.          Andrew M. Jacobs, Esq.
Nevada Bar No. 10593                 Nevada Bar No. 12787
Melissa Barishman, Esq.              Charles E. Gianelloni, Esq.
Nevada Bar No. 12935                 Nevada Bar No. 12747
1055 Whitney Ranch Drive, Suite 110  3883 Howard Hughes Parkway, Suite 1100
Henderson, Nevada 89014              Las Vegas, Nevada 89169
Phone: (702) 485-3300                Phone: (702) 784-5200
Fax:   (702) 485-3301                Fax:   (702) 784-5252
*Attorneys for SFR Investments Pool 1, LLC*   *Attorneys for Wells Fargo Bank, N.A.*

## ORDER

IT IS SO ORDERED.

Dated this 27th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

/s/ Jacqueline A. Gilbert
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for SFR Investments Pool 1, LLC*