Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
ajacobs@swlaw.com
wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LAUREL CANYON HOMEOWNERS ASSOCIATION, a Nevada non-profit Fmcorporation; ALESSI & KOENIG, LLC, a Nevada limited liability corporation;<br><br>Defendants. | Case No.: 2:15-cv-00748-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO LAUREL CANYON HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS (DKT. #17)**<br><br>**(First Request)** |

It is hereby stipulated by and between Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Laurel Canyon Homeowners' Association ("Laurel Canyon"), through its attorneys, Leach Johnson Song & Gruchow as follows:

Laurel Canyon filed its Motion to Dismiss to Dismiss Complaint for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") on May 26, 2015 (Docket #17). Wells Fargo intends to oppose this motion and has requested an extension from the current deadline of June 12, 2015. Wells Fargo and Laurel Canyon stipulate and agree that Wells Fargo shall have until June 25,

21846067

2015, in which to file its opposition. This is the parties' first request for an extension of time to respond to the Motion to Dismiss and is not intended to cause any delay or prejudice to any party. Rather, the parties have agreed to the extension as an accommodation to Wells Fargo and as a professional courtesy.

Dated June 11, 2015.

| SNELL & WILMER L.L.P. | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| By: ___/s/ Wayne Klomp___<br>Amy F. Sorenson (NV Bar No. 12495)<br>Andrew M. Jacobs (NV Bar No. 12787)<br>Wayne Klomp (NV Bar No. 10109)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501-1961<br>Telephone: (775) 785-5440<br>Facsimile: (775) 785-5441<br>*Attorneys for Plaintiff Wells Fargo Bank, N.A.* | By: ___/s/ Chase Pittsenbarger___<br>Sean L. Anderson (NV Bar No. 7259)<br>T. Chase Pittsenbarger (NV Bar No. 13740)<br>8945 W. Russell Road, Suite #330<br>Las Vegas, Nevada 89148<br>Telephone: (702) 538-9074<br>Facsimile: (702) 538-9113<br>*Attorneys for Defendant Laurel Canyon Homeowners' Association* |

## ORDER

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED  June 12, 2015                .

Respectfully submitted by:

SNELL & WILMER L.L.P.

_____/s/ Wayne Klomp_____
Wayne Klomp, Esq.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

21846067