DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hkimlaw.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br>           Plaintiff,<br>vs.<br>SFR INVESTMENTS POOL1, LLC a Nevada limited liability company, LAUREL CANYON HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company,<br>           Defendants.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br>           Counter-Claimant,<br>vs.<br>WELLS FARGO BANK, N.A., a national banking association,<br>           Counter-Defendant. | Case No. 2:15-cv-00748-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

IT IS HEREBY STIPULATED between Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"), and SFR Investments Pool 1, LLC ("SFR"), and Alessi & Koenig, by and through their undersigned attorneys, to extend the deadline for defendants to file responses to Wells Fargo's Motion for Summary Judgment to **April 11, 2016 for SFR and April 15, 2016 for Alessi & Koenig.**

///

- 1 -

1  This is the parties' first request for an extension and is not intended to cause any delay or
2  prejudice to any party.

3  DATED this 31st day of March, 2016.   DATED this 31st day of March, 2016.

**KIM GILBERT EBRON**   **SNELL & WILMER, LLP**

*/s/ Jacqueline A. Gilbert*   */s/Andrew M. Jacobs*
Diana S. Cline, Esq.   Amy F. Sorenson, Esq.
Nevada Bar No. 10580   Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.   Andrew M. Jacobs, Esq.
Nevada Bar No. 10593   Nevada Bar No. 12787
7625 Dean Martin Road, Suite 110   Wayne Klomp, Esq.
Las Vegas, Nevada 89139   Nevada Bar No. 10109
Phone: (702) 485-3300   50 West Liberty Street, Suite 510
Fax:    (702) 485-3301   Reno, Nevada 89501-1961
*Attorneys for SFR Investments Pool 1, LLC*   Phone: (775) 785-5440
Fax:    (775) 785-5441
*Attorneys for Wells Fargo Bank, N.A.*


DATED this 31st day of March, 2016.

ALESSI & KOENIG, LLC


By:   */s/ Steven T. Loizzi*
        Steven T. Loizzi, Jr., Esq.
        Nevada Bar No. 10920
        9500 W. Flamingo Rd., Ste 205
        Las Vegas, Nevada 89147

*Attorneys for Alessi & Koenig, LLC*

## ORDER

IT IS ORDERED that the time to respond to Wells Fargo Bank, N.A.'s Motion for Summary Judgment shall be extended until April 11, 2016 for SFR Investments Pool I, LLC, and until April 15, 2016 for Alessi & Koenig, LLC.

Dated:  April 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -