**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
Email: Sanderson@leachjohnson.com
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Laurel Canyon Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability company; LAUREL CANYON HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability corporation;<br><br>Defendant(s).<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company;<br><br>Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association;<br><br>Counter-Defendant. | Civil Action No. 2:15-cv-00748-APG-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR LAUREL CANYON TO FILE A REPLY TO ITS COUNTER-MOTION FOR SUMMARY JUDGMENT (DKT. 54)**<br><br>*First Request* |

/ / /

/ / /

/ / /

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME
FOR LAUREL CANYON HOMEOWNERS' ASSOCIATION TO FILE A REPLY TO
ITS COUNTER-MOTION FOR SUMMARY JUDGMENT (DKT. 54)**
*First Request*

IT IS HEREBY STIPULATED between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant Laurel Canyon Homeowners' Association ("Association"), by and through their undersigned attorneys, to extend the deadline for the Association to file its Reply in Support of its Motion for Summary Judgment [Dkt.54] to May 20, 2016.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this  3  day of May, 2016.

| SNELL & WINTER, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Wayne O. Klomp | /s/ T. Chase Pittsenbarger |
| Amy F. Sorenson, Esq.<br>Nevada Bar No. 12495<br>Andrew M. Jacobs, Esq.<br>Nevada Bar No. 12787<br>Wayne O. Klomp, Esq.<br>Nevada Bar No. 10109<br>50 W. Liberty Street<br>Reno, NV 89501<br>*Attorney for Plaintiff / Counter-Defendant Wells Fargo Bank, N.A.* | Sean L. Anderson<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Laurel Canyon Homeowners' Association* |

**ORDER**

IT IS SO ORDERED that the time to file a Reply in Support of its Motion for Summary Judgment [Dkt.54] shall be extended until May 20, 2016 for Laurel Canyon Homeowners' Association.

Dated this  3rd  day of May, 2016.

_____
**U.S. DISTRICT COURT JUDGE**