UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>                  Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>                  Defendants. | Case No. 2:15-cv-00748-APG-GWF<br><br>**ORDER** |

      This matter is before the Court on Defendant Alessi & Koenig, LLC's failure to retain new counsel. On July 6, 2018, the Court granted Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig, LLC and instructed Defendant to retain new counsel no later than August 3, 2018. *See* ECF No. 79. Defendant must retain new counsel if it intends to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). To date, Defendant has failed to retain new counsel. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Alessi & Koenig, LLC shall have until **September 3, 2018** to advise the Court if it will retain new local counsel. Failure to comply shall result in the issuance of an order to show cause why sanctions should not be imposed.

      Dated this 21st day of August, 2018.

                                                                           GEORGE FOLEY, JR.
                                                                           UNITED STATES MAGISTRATE JUDGE