1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7    WELLS FARGO BANK, N.A.,                     Case No. 2:15-cv-00748-APG-GWF

8                                Plaintiff,
          v.                                              **ORDER**
9
     SFR INVESTMENTS POOL 1, LLC, *et al.*,
10
                                 Defendants.
11

12          On August 22, 2018, the Court issued an Order regarding Defendant Alessi & Koenig,

13   LLC's failure to retain new counsel and instructed Defendant to advise the Court if it will retain

14   new counsel no later than September 3, 2018.  *See* ECF No. 80.  On February 6, 2017, Interested

15   Party Shelley D. Krohn filed a notice of bankruptcy informing the Court that Defendant Alessi &

16   Koenig filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  *See* ECF No.

17   76.  The Court withdraws its Order (ECF No. 80) because there is no indication in this matter that

18   Defendant's bankruptcy petition has been dismissed without discharge or that the automatic stay

19   has been lifted.  Accordingly,

20          **IT IS HEREBY ORDERED** that the Court's Order (ECF No. 80) is **withdrawn**.

21          Dated this 22nd day of August, 2018.

22

23

24                                                    _____
                                                      GEORGE FOLEY, JR.
25                                                    UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                  1