# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Plaintiff<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendants | Case No.: 2:15-cv-00748-APG-EJY<br><br>**Order Setting Deadline for Further Action** |

The only remaining defendant in this case is Alessi & Koenig LLC. The clerk entered default against Alessi & Koenig LLC in November 2018. ECF No. 88.

I THEREFORE ORDER that on or before April 10, 2020, plaintiff Wells Fargo Bank, N.A. shall either move for default judgment or voluntarily dismiss its claims against Alessi & Koenig LLC. Failure to take either of these actions by that date will result in dismissal with prejudice of Wells Fargo's claims against Alessi & Koenig LLC.

DATED this 24th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE